# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

**JUDGMENT IN A CIVIL CASE**

STATE FARM MUTUAL
AUTOMOTIVE INSURANCE CO.,

Plaintiff(s),

Vs.                                    CASE NUMBER: 1:19-cv-1094-JDB-jay

TENNESSEE FARMERS
MUTUAL INSURANCE COMPANY,

Defendant(s).

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on October 08, 2020, Plaintiff's Motion for Summary Judgement as to Defendants Roger A. Hopson, Cynthia Hopson and Angela Hopson is **GRANTED**. The Court hereby **DECLARES** that State Farm has no duty to defend or indemnify Angela Hopson in the lawsuit filed in the Circuit Court of Madison County, Tennessee, by Noah W. Thomas, Docket Number C-18-271.

**APPROVED:**

**S/  J. DANIEL BREEN**
**United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**